IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| LILLIAN SLATER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT COUNTY, GREG GAUDET, WILLIAM LOMBA, and NICOLE FLOWERS,<br><br>        Defendants. | No. 3:07-cv-00125-JAJ<br><br><br><br><br><br>**VERDICT FORM** |

## Question 1: Answer Part A or Part B

1A. We, the jury, find in favor of the plaintiff Lillian Slater and against the following defendant(s) on the following claims:

| | Excessive Force | Deliberate Indifference to Serious Medical Needs |
|---|---|---|
| Greg Gaudet | Yes | No |
| William Lomba | Yes | No |
| Nicole Flowers | No | No |

*(If no response is marked for any defendant, your verdict will be for that defendant on that claim.)*

1B. We, the jury, find in favor of all defendants on both claims above. _____

If you have found in favor of plaintiff Lillian Slater and against any defendant on either claim set forth in Question 1, answer Questions 2 and 3. Otherwise sign the verdict form and inform the court attendant.

## Question 2: Answer Part A or Part B

2A. We, the jury, find in favor of the plaintiff Lillian Slater and against defendant Scott County on the following claim(s):

|  | Excessive Force | Deliberate Indifference to Serious Medical Needs |
|---|---|---|
| Official Policy Claim | NO | NO |
| Failure to Train Claim | YES | NO |

(Remember, you cannot hold the county liable for excessive force unless an individual defendant is found liable on the same claim. The same is true for deliberate indifference to serious medical needs.)

2B. We, the jury, find in favor of the defendant Scott County on all of plaintiff's claims.

_____

<u>Question 3:</u>
<u>(Answer only if you have found in favor of the plaintiff and against any defendant on any claim)</u>

3. We, the jury, find that plaintiff suffered damages for pain and suffering in the past

   For Excessive Force                                $ 35,000

   For Deliberate Indifference to
   Serious Medical Needs                              $ 0

   Total                                              $ 35,000

<u>Question 4:</u>
<u>(Answer only if you awarded damages in response to Question 3)</u>

4. We, the jury, find that the following defendant(s) acted in malicious or reckless indifference to plaintiff's rights and accordingly award punitive damages in the following amount:

|  | Yes | No | Punitive Damage Award |
|---|---|---|---|
| Greg Gaudet | X |  | $ 3,500 |
| William Lomba | X |  | $ 3,500 |
| Nicole Flowers |  | X | $ — |

*(Do not answer "yes" or "no" for any defendant unless you found him or her liable on Question 1. If you mark "yes" but choose not to award damages, write "0" for an award. Remember you may not award punitive damages against a particular defendant unless you found that defendant liable in response to Question 1.)*

3

4-23-2010
_____
Date

/s/
_____
Foreperson

N /s/ [signature]
_____
Juror

/s/ [signature]
_____
Juror

/s/
_____
Juror

/s/
_____
Juror

/s/ [signature]
_____
Juror

/s/
_____
Juror

/s/ [signature]
_____
Juror

/s/
_____
Juror